IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-190-WM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS BRUCE GALLAGHER,

      Defendant.
_____

**MINUTE ORDER**
_____

      The following Minute Order is entered by Judge Walker D. Miller:

      The motion to withdraw motion for return of property is granted.

Dated: May 16, 2006

                                   s/Jane Trexler, Secretary/Deputy Clerk