**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00190-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS BRUCE GALLAGHER,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

On January 15, 2009, the probation officer submitted a petition for early termination of supervised release in this case. On January 15, 2009, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on January 15, 2009, and the United States does not object to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 2nd day of February, 2009.

BY THE COURT:

s/ Walker D. Miller

_____
Walker D. Miller
Senior United States District Judge